IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD LEMPA | : | CIVIL ACTION |
| Plaintiff, | : | NO. 05-985 |
| v. | : | |
| ROHM AND HAAS COMPANY, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 29th day of December, 2009, it is hereby ORDERED that Defendant's Motion for Summary Judgment (Docket No. 34) is GRANTED. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk will close this case for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones II
_____
C. DARNELL JONES, II    J.